UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

___FILED ___ENTERED
___LODGED ___RECEIVED

SEP 11 2025

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**Print clearly and legibly the following information:**

Marc Allen Barclay

Print the full name of plaintiff.

Case No. _____
(Include case number if one has been assigned, otherwise leave blank.)

-against-

PrimeCare Medical, INC.

**COMPLAINT**
(Prisoner)

Print the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section 4.

### 1.  LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *Bivens* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## 2. PLAINTIFF INFORMATION

Plaintiff must provide the following information. Attach additional pages if necessary.

Marc / Allen / Barclay
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

#13826

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number under which you were held)

Washington County Detention Center
Current Place of Detention

500 Western Maryland Parkway
Institutional Address

Washington / Hagerstown / MD
County, City / State / Zip Code

## 3. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

- ☐ Pretrial detainee
- ☑ Convicted and sentenced prisoner
- ☐ Immigration detainee
- ☐ Civilly committed detainee
- ☐ Other: _____

## 4. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to the list of defendants in the case caption at the top of page 1 of this complaint form.

**Attach additional pages as necessary.**

Defendant 1:  Medical / Staff
First Name / Last Name / Badge #

2

**Current Job Title (or other identifying information):** medical staff

**Current Work Address:** 500 Western MD Parkway

**County, City:** Washington Hagerstown  **State:** MD  **Zip Code:** 21740

**Defendant 2:**
First Name: _____  Last Name: _____  Badge #: _____
Current Job Title (or other identifying information): _____
Current Work Address: _____
County, City: _____  State: _____  Zip Code: _____

**Defendant 3:**
First Name: _____  Last Name: _____  Badge #: _____
Current Job Title (or other identifying information): _____
Current Work Address: _____
County, City: _____  State: _____  Zip Code: _____

**Defendant 4:**
First Name: _____  Last Name: _____  Badge #: _____
Current Job Title (or other identifying information): _____
Current Work Address: _____
County, City: _____  State: _____  Zip Code: _____

5. **STATEMENT OF CLAIM**

- Where did the events take place?

    Name of institution  Washington County Detention Center

    Location in the institution  500 Western Maryland Parkway Hagerstown, MD 21740

    If outside an institution, state where _____

- When did the events take place?

    Month, date, year  May - September 2025

    Time of day  Variable

- State here briefly the FACTS that support your case. Describe

    1. what happened,
    2. how you were harmed, and
    3. how <u>each</u> <u>defendant</u> that you named took wrongful action that caused you harm.

    **Attach additional pages as necessary.**

I was called from my cell in May for my 30 day physical while there I told them of some ailments that were giving me issues I was told they would make a note of it - "Sore leg from chronic blood clot trouble breathing headache and blurry vision" I was then sent back to my cell A-11. Skip ahead to June I was experiencing severe mouth pain from a bad tooth I put in a sick call and was seen, I was told I would be put on a pain reliever but no antibiotic because there was no puss sack visible. For approx 15 days after I was still in pain and was told I'd be placed on the

4

Dental wait list. On July 10th 2025 early morning, I became very ill after failed attempts to get any help I called a friend whom called the Jail about my medical emergency I was checked and taken to medical they then sent me to the Hospital where I had been diagnosed with Sepsis infection and pneumonia, I was there until July 14th mid morning. On August 25, 2025 I was again sent to Hospital with Stroke like symptoms Including a severe tooth pain Jaw Pain Headache and It was determined I need surgical dental intervention I also needed to be on a special Diet due to tooth and left side facial paralysis. To Date September 5th 2025 nothing has been done nor has my diet changed — Continued

6. **INJURIES:**

If you were injured as a result of these actions, describe your injuries. Also state if you needed medical treatment and if you received it.

I have lost 30 pounds in two months because I can not properly eat. I am still IN Severe Pain From tooth as well as rapid deteriation of facial movement I have not been treated for tooth By dentist I have been treated for facial But its not working

7. **RELIEF:**

State briefly what money damages or other relief you want the court to order.

I have less then 90 days left and would like released From Jail to seek proper medical care and I would like $100,000 for pain and continued Suffering

5

#5 In conclusion when I was incarcerated on April 7, 2025 medical staff was made very aware of my medical conditions. They knew I would need treatments at certain intervals, But instead of treatment they let It get to a more severe point. Also a person with severe mouth pain that makes medical staff aware of There condition should not after 3 months Still waiting to be seen By dental. Also Somedays you get your medication Somedays you do not

## 8. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

- I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases, and be required to make prepayment of the filing fee before my complaint can go forward in the court.

- I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, plaintiff must also submit an IFP application.**

_9-5-2025_
Date

_Marc Allen Barclay_
Plaintiff's Signature

_Marc_ _Allen_ _Barclay_
First Name   Middle Initial   Last Name

_500 Western Maryland Parkway_
Prison Address

_Washington   Hagerstown_   _MD_   _21740_
County, City   State   Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

6